IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  06-cv-01020-PSF-MEH

TAMMY S. RAY,

    Plaintiff,

v.

EMC CORPORATION, A Massachusetts corporation,

    Defendant.

## ORDER OF DISMISSAL

This matter is before the Court on plaintiff's Motion to Dismiss (Dkt. # 6).  In light of plaintiff's representation that the parties have agreed to submit this matter to binding arbitration, the Court hereby ORDERS that this case be DISMISSED WITHOUT PREJUDICE.

    DATED: July 12, 2006

                                BY THE COURT:

                                *s/ Phillip S. Figa*
                                _____
                                Phillip S. Figa
                                United States District Judge